UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| JOHN R. STROUD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:15-cv-989 |
| | ) | |
| v. | ) | HONORABLE PAUL L. MALONEY |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

DATED:  March 28, 2016          /s/ Paul L. Maloney
                                Paul L. Maloney
                                United States District Judge